449 A.2d 63

COMMONWEALTH of Pennsylvania

v.

Mark Arthur CLARK, Appellant.

Superior Court of Pennsylvania.

Argued Nov. 6, 1981.

Filed Aug. 6, 1982.

Stanley M. Shingles, Philadelphia, for appellant.

Michael H. Ranck, District Attorney, Lancaster, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

PER CURIAM:

The parties hereto having agreed that the order of the trial court is in error according to our decision in *Commonwealth v. Capone*, 282 Pa.Super. 458, 422 A.2d 1383 (1980), the order of the trial court is reversed and the case is remanded to the trial court with instructions to enter an order expunging the arrest record of the appellant, Mark Arthur Clark.